

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2019

No. 04-19-00243-CV

**IN THE INTEREST OF K.R., A CHILD**,
Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00026
The Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant's request for pro se access to the appellate record is GRANTED. The clerk of this court is directed to mail a paper copy of the appellate record to appellant. Appellant's request for new appellate counsel is HELD IN ABEYANCE. Appellant's pro se brief, if any, is due on or before **August 19, 2019.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court